```
___ FILED      ___ RECEIVED
___ ENTERED    ___ SERVED ON
               COUNSEL/PARTIES OF RECORD

        OCT 1 4 2014

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:14-CR-200-JAD-(CWH) |
| YA QIAN CHEN, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO YA QIAN CHEN

On June 24, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 13, United States Code, Section 305(a)(3)(B) forfeiting property of defendant YA QIAN CHEN to the United States of America.  Criminal Information, ECF No. 3; Plea Agreement, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 9; Change of Plea, ECF No. 10.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 13, United States Code, Section 305(a)(3)(B), that the Preliminary Order of Forfeiture (ECF No. 9), listing the following assets, is final as to defendant YA QIAN CHEN:

1. Fisher diaphragm 95 LD, type: 1E390302112, 3 pcs;

. . .

. . .

. . .

2. Fisher Regulator: type 6948030, 1pc; and

3. 2 Unico S2400 DSP drives 25 HP, type: 111112.

DATED this 14th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE