1
2
3
4
5
6                        **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                    )
                                                 )
9                        Plaintiff,              )
                                                 )
10                  v.                            )      2:14-CR-200-JAD-(CWH)
                                                 )
11  YA QIAN CHEN,                                )
                                                 )
12                       Defendant.              )

13                        **FINAL ORDER OF FORFEITURE**

14          On June 24, 2014, the United States District Court for the District of Nevada entered a

15  Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 13, United

16  States Code, Section 305(a)(3)(B) based upon the plea of guilty by defendant YA QIAN CHEN to the

17  criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation

18  of the Criminal Information and shown by the United States to have the requisite nexus to the offense

19  to which defendant YA QIAN CHEN pled guilty. Criminal Information, ECF No. 3; Plea Agreement,

20  ECF No. 7; Preliminary Order of Forfeiture, ECF No. 9; Change of Plea, ECF No. 10.

21          This Court finds the United States of America published the notice of forfeiture in accordance

22  with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively

23  from September 11, 2014, through October 10, 2014, notifying all potential third parties of their right

24  to petition the Court. Notice of Filing Proof of Publication, ECF No. 17.

25          This Court finds no petition was filed herein by or on behalf of any person or entity and the

26  time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 13, United States Code, Section 305(a)(3)(B); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    1.    Fisher diaphragm 95 LD, type: 1E390302112, 3 pcs;

    2.    Fisher Regulator: type 6948030, 1pc; and

    3.    2 Unico S2400 DSP drives 25 HP, type: 111112.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated:  November 12, 2014.


_____
UNITED STATES DISTRICT JUDGE

2